MICHAEL FALK, Respondent, v. LEO BRAUN, Appellant.— Judgment affirmed,

with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.